IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LISA McKINLEY TULLIS,        )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>STATE OF ALABAMA, et al.,     )<br>                              )<br>    Defendants.               ) | CIVIL ACTION NO.<br>2:15cv95-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining of a wide range of alleged constitutional violations related to her conviction, her conditions of confinement, and other matters. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to comply with an order of the court. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 13th day of July, 2015.**

                         **/s/ Myron H. Thompson**
                         **UNITED STATES DISTRICT JUDGE**